**SEDGWICK LLP**
RALPH A. CAMPILLO (State Bar No. 70376)
ralph.campillo@sedgwicklaw.com
ARAMEH ZARGHAM O'BOYLE (State Bar No. 239495)
arameh.oboyle@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:     213.426.6900
Facsimile:     213.426.6921

**SEDGWICK LLP**
WAYNE A. WOLFF (State Bar No. 161351)
wayne.wolff@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2806
Telephone:     (415) 781-7900
Facsimile:     (415) 781-2635

Attorneys for Defendant
Howmedica Osteonics Corp
(sued as Howmedica Osteonics Corp.
d/b/a Stryker Orthopaedics)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LOMACK,<br><br>             Plaintiff(s),<br><br>    v.<br><br>HOWMEDICA OSTEONICS CORP. d/b/a<br>STRYKER ORTHOPAEDICS,<br><br>             Defendant(s). | Case No.  3:13-cv-00267-RS<br><br>[~~PROPOSED~~] ORDER GRANTING<br>JOINT STIPULATION TO STAY<br>PROCEEDINGS PENDING RULING<br>BY MDL PANEL |

### TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

After consideration of Plaintiff Jeffrey Lomack and Defendant Howmedica Osteonics
Corp (sued as Howmedica Osteonics Corp. d/b/a Stryker Orthopaedics)'s Joint Stipulation to
Stay Proceedings Pending Ruling by MDL Panel, and good cause appearing, it is hereby
ordered that the Joint Stipulation is **GRANTED**.  All proceedings in this action are hereby
stayed and all current deadlines are vacated pending the Judicial Panel on Multidistrict
Litigation's decision on the pending transfer request.

1

1    **IT IS SO ORDERED.**

2

3    Dated: _____ 3/22 _____, 2013

4

5

6    _____
     The Honorable Richard Seeborg

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**